**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

TRACY CUSIE                                                    PLAINTIFF

VERSUS                              CIVIL ACTION NO. 5:05cv116-DCB-JCS

ALLSTATE INSURANCE COMPANY;
ALLSTATE INDEMNITY COMPANY;
AND ALLSTATE CORPORATION                                      DEFENDANTS


**ORDER OF REMAND**

This cause having come before the Court on the plaintiff's Motion to Remand [**docket entry no. 3**], and the Court having granted the motion in an order; accordingly,

IT IS HEREBY ORDERED that this action is **REMANDED** to the Circuit Court of Claiborne County, Mississippi.

SO ORDERED, this the 9th day of December, 2005.


S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE