IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TRACY CUSIE                                                                    PLAINTIFF

VERSUS                              CIVIL ACTION NO. 5:05cv116-DCB-JCS

ALLSTATE INSURANCE COMPANY;
ALLSTATE INDEMNITY COMPANY;
AND ALLSTATE CORPORATION                                    DEFENDANTS

**AMENDED ORDER OF REMAND**

The Court previously entered a Memorandum Opinion and Order [**docket entry no. 12**] and an Order of Remand [**docket entry no. 13**] remanding this case to the Circuit Court of Claiborne County. The state action, however, was originally filed in the Circuit Court of Jefferson County. Therefore, any reference to Claiborne County in the Memorandum Opinion and Order should be amended to refer instead to Jefferson County. Furthermore, the previous Order of Remand is hereby **VACATED** and the following order shall be entered:

This cause having come before the Court on the plaintiff's Motion to Remand [**docket entry no. 3**], and the Court having granted the motion in an order; accordingly,

IT IS HEREBY ORDERED that this action is **REMANDED** to the Circuit Court of Jefferson County, Mississippi.

SO ORDERED, this the 30th day of January, 2006.

                                                  S/DAVID BRAMLETTE
                                                  UNITED STATES DISTRICT JUDGE